260 U. S.   Cases Disposed of Without Consideration by the Court.

No. 244. SAM WINOKUR v. H. I. HARN, SHERIFF, ETC. Error to the Supreme Court of the State of Georgia. January 18, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. A. A. Lawrence* for plaintiff in error. *Mr. George M. Napier* for defendant in error.

---

No. 247. ELMER F. ADAMS, v. PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. January 18, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. James J. Barbour* for plaintiff in error. No appearance for defendant in error.

---

No. 650. CUMBERLAND TELEPHONE & TELEGRAPH COMPANY v. LOUISIANA PUBLIC SERVICE COMMISSION ET AL. Appeal from the District Court of the United States for the Eastern District of Louisiana. January 19, 1923. Dismissed with costs, on motion of counsel for appellant. *Mr. J. Blanc Monroe, Mr. Monte M. Lemann, Mr. J. C. Henriques, Mr. Hunt Chipley* and *Mr. C. M. Bracelen* for appellant. *Mr. Huey P. Long* and *Mr. W. M. Barrow* for appellees. [See *ante,* pp. 212, 698.]

---

No. 261. JOAQUIN RAMOS FERRO ET AL. v. FELIX FABIAN ET AL.; and

No. 262. J. OCHOA Y HERMANO v. MIGUEL, LUIS, GERARDO, TERESO AND ANTONIO MARTORELL Y TORRENS. On writ of certiorari to the Circuit Court of Appeals for the First Circuit. January 22, 1923. Dismissed without costs to either party, per stipulation, on motion of counsel for petitioners. *Mr. Jose R. F. Savage* for petitioners. *Mr. George B. Hayes, Mr. Frank Antonsanti* and *Mr. Frederick S. Tyler* for respondents.